BENJAMIN URY, Respondent, v. NEW YORK CITY CAR ADVERTISING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JEROME NAPOLEON BONAPARTE, Plaintiff, v. BLANCHE BONAPARTE, Defendant. In the Matter of the Application of JEROME NAPOLEON BONAPARTE, Appellant, for an Order Discontinuing the Above Action and Determining the Compensation of LEON R. JACOBS, an Attorney, Respondent.— Order modified as indicated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

GEORGE SHERIDAN, Respondent, v. MEYER HECHT, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROSE HOLTZMAN, Respondent, v. SAMUEL SOLOWAY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ADOLPH MATOUSOW, Plaintiff, v. JOSEPH FERBER, Appellant, Impleaded with MAX FRANK, Respondent.— Orders affirmed, with ten dollars costs and disbursements, on appellant's default on the call of the calendar. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARTIN CONBOY, as Trustee in Bankruptcy of WALKER MOTORS, INC., Appellant, v. A. WARD LAFRANCE, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

WILLIAM C. FITTS, Appellant, v. GEORGE A. LAMB, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to serve an amended answer in accordance with leave thereof granted by the order appealed from, within twenty days from date of entry of order. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SHIRLEY FREEDMAN, Appellant, v. SAMUEL Z. FREEDMAN, Respondent.— Order reversed, with costs and disbursements, and an interlocutory judgment directed to be entered in favor of the plaintiff, on the authority of *Watkins* v. *Watkins* (197 App. Div. 489). Present order containing findings of fact and conclusions of law. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

BOLIVIAN PANAMA HAT CO., INC., Respondent, v. HERMAN FINKELSTEIN, as Treasurer, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.